**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CORY NOLE OSWALD,**

    **Plaintiff,**

**v.**                                                                          **Case No. 3:26-cv-315-AW-ZCB**

**NICOLE GRAHAM,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 10) and incorporate it into this order. Plaintiff has not complied with a court order, and he has not objected to the recommendation to dismiss on that basis. He appears to have abandoned his case. (I note the report and recommendation was returned as undeliverable. *See* ECF No. 11. Plaintiff was responsible for keeping the clerk apprised of his address.)

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on May 26, 2026.

                        s/ *Allen Winsor*_____
                        Chief United States District Judge